```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        )
                                 )   No. CR-07-081-FVS-6
                Plaintiff,       )
                                 )   ORDER STRIKING MOTION AS
v.                               )   MOOT
                                 )
RICHARD J. OLSON,                )
                                 )
                Defendant.       )
                                 )
```

BEFORE THE COURT on referral from the Honorable Fred Van Sickle, is Defendant's "Transcript Redaction Request," which was filed using the incorrect motion event, thereby putting the request on a pending motion list.  The "Motion to Redact Transcript" event is only to be used when requesting transcript redaction that falls outside the Judicial Conference Policy Identifiers.

For that reason, the motion **(Ct. Rec. 450)** is **STRICKEN as moot**.

**IT IS SO ORDERED.**
DATED April 25, 2008.


                              s/ CYNTHIA IMBROGNO
                          UNITED STATES MAGISTRATE JUDGE

ORDER STRIKING MOTION AS MOOT - 1